[No. 2980-8-III.    Division Three.    July 17, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANK SOLIZ, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 78-1-00157-8, Carl L. Loy, J., entered July 13, 1978. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 7103-3-I.    Division One.    July 21, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT WHITNEY SHEAFFER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87051, Stanley C. Soderland, J., entered October 17, 1978. *Affirmed* by unpublished opinion per Durham-Divelbiss, J., concurred in by James, A.C.J., and Andersen, J.

[No. 7640-0-I.    Division One.    July 21, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY DOUGLAS GREEN, *Appellant.*

Appeal from a judgment of Superior Court for King County, No. 86333, Peter K. Steere, J., entered May 11, 1979. *Affirmed* by unpublished opinion per James, J., concurred in by Callow, C.J., and Durham-Divelbiss, J.